AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF IOWA

United States of America
v.

MARK CLAY
*Defendant(s)*

Case No. 12mj168

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 2012 through August 2012 in the county of Buena Vista in the Northern District of Iowa, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2251(a) | sexual exploitation of a minor |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Det. Jon Koontz, Storm Lake Police Department
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/5/12

*Judge's signature*

City and state: Sioux City, Iowa

Leonard T. Strand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF STORM LAKE POLICE OFFICER JOHN KOONTZ

1. I, John Koontz, am a Police Officer for the Storm Lake Police Department, and have been so employed for the past nine years. I am currently employed as a detective. I have investigated criminal violations relating to child exploitation and child pornography, and crimes involving the use of computers and other types of digital storage media.

2. This affidavit is made at the request of Assistant United States Attorney Timothy T. Duax, an attorney for the government, in support of a complaint alleging violations of 18 U.S.C. § 2251(a), by an individual named Mark Clay.

3. This affidavit is based upon information I have gained through training and experience, my own investigation, and information related to me by other individuals.

## STATUTORY BACKGROUND

4. Title 18 United States Code §2251(a) makes it a federal criminal offense to employ, use, persuade or entice any minor to engage in any sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)(B)) for the purpose of producing any visual depiction of such conduct, or attempt to do so. If such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce, such person shall be punished as provided in subsection (e) of Title 18, United States Code, § 2251.

## SUMMARY OF INVESTIGATION

5. Based on my knowledge and experience, and information received from other individuals as set forth below, I have learned the following:

In July 2012, I was notified of a suspicious posting on Cragislist. Craigslist is a free social site in which persons post classified and personal ads. The posting had been flagged by the National Center for Missing and Exploited Children as suspicious due to the heading and content of the posting. The post had been sent to the Sioux City office of the Federal Bureau of Investigation and forwarded by FBI to the Storm Lake Police Department as the location of the ad was northwest Iowa and near Storm Lake. An image of the posting is attached below:

sioux city craigslist > personals > men seeking women email this posting to a friend

[illegible]

please flag with care: [?]

miscategorized

prohibited

spam/overpost

best of craigslist

## Seeking an attractive young broke girl I can pamper and give gifts to - 45 (NW IA/Storm Lake-ish/mobile)

Date: 2012-07-19, 1:52PM CDT
Reply to: pndcf-3144942184@pers.craigslist.org

I am looking for my baby girl. She can be just a normal girl.....If she was young attractive any sexy. that would be great. She has to want to be Daddy's little naughty baby girl. Cause she knows when she makes Daddy really happy in that special naughty way...he gives her stuff and she can buy stuff

I am from out of state and will be looking for Sat evening. Sunday or Monday (leaving for home after that_ So.. you will likely not see me (perhaps until I am in the area again...(smile). I can drive to your area, get us a room, whatever it takes. Maybe even buy you dinner and drinks...

I am 6-2, 230 pound, white -normal. reasonably attractive.

Any questions - just ask! Write me. I would be more than happy to clarify our "relationship". See picture for a clue. Obvious, we don;t need or want anybody in our business - so we need to be smart, safe and discrete. And I wn't be "paying you". I will be giving you a gift or gifts.. just to keep everything within the rules...

Put something in your reply to help me with spam. Something like "I'm your naughty baby girl"....thanks. Short fuse here to meet the right girl for me. and I will need to see pics before we meet. (and I have some too) so send me pics...

Heres your chance for some easy.... with a man you will not be seeing around again much if at all.....



Seeking an attractive young broke girl I can pamper and give gifts to

Page 2 of 2

- Location: NW IA/Storm Lake
- it's NOT ok to contact this p

PostingID: 3149942184

Copyright © 2012 craigslist, inc

Based on my training and experience, there were several statements and phrases within the posting that indicated the poster, later identified as Mark Clay (DOB 08-16-1961) may be attempting to entice a minor to engage in illegal sex acts. The identification of Clay is detailed later in this affidavit. In the heading, Clay writes *"Seeking an attractive young broke girl…"* In the posting itself, Clay makes the following statements: *"I am looking for my baby girl." "She has to want to be Daddy's little naughty baby girl. Cause she knows when she makes Daddy really happy in that special naughty way…he givers her stuff and she can buy stuff." "I am from out of state…"*

Clay further wrote *"I would be more than happy to clarify our 'relationship.' See picture for a clue." An image attached shows a female holding a $100 bill. Clay then*

writes *"And I wn't (sic) be 'paying you.' I will be giving you a gift or gifts…just to keep everything within the rules…"* This seemed to indicate an offer from Clay to pay respondents to engage in sex acts with him.

Based on my training and experience, it appeared as if the poster could be attempting to entice a minor to engage in sexual activity for the exchange of money.

The posting further listed an email address to which an interested party could reply.

I set up an account through the Google email service, known as "Gmail," with the user name jennymid2015@gmail.com. I posed as a fifteen-year-old female named Jenny Carlsen to determine if Clay intended to violate any state or federal statutes pertaining to sex acts or obscenity with a minor.

On July 26, 2012 at 0816 hours, I sent an email to the "reply to" email address listed on Clay's Craigslist post. The email was titled *"I cld b ur baby grl."* The text of the email is as follows:

*I want something 2 cheer me up this wknd. My bf just broke up w me n im pretty down. Some gifts and a fun night sound awesome! If we want to hang out, youll have to get a room in SL. I only have my permit. My parents r home and dont like me being around older guys. They never knew my bf was in college. I wanna see a pic tho b4 we meet. Send me a pic n if i like ill send 1 back. ttyl, Jen*

Officer Koontz made two statements in this email to convey to Clay that she was young: *"I only have my permit,"* and *"My parents r home and dont like me being around older guys. They never knew my bf was in college."*

On 07-26-12 at 1001 hours, the email account for "Jenny" received an email from the email address marky3436@yahoo.com. In the message details, it showed the message came from Internet Protocol (IP) address 130.76.64.121. In past investigations, I have used the website https://www.arin.net/ to identify assigned holders of IP addresses. I have found the site reliable in identifying holders or service providers of IP addresses. A search of the IP address showed it was assigned to the Boeing Company. The text of this message from Clay was:

*Dang babygirl! sorry to hear about your bf.situation. I'm sure you deserve better anyway!*

*I can get us rooms and stuff.. but this weekend is gonna be tough for me. You see babygirl I am married and its just tough to break away on weekends and nites without raising suspicion. I guess I am looking for a "secret babygirl"*

*You cool with me being married?*

*(I am sending pics in the next email)*

*Mark*

*P.S. If you were to let me know that you are 18 or older.. I would have not reason not to believe you. I could get in trouble if a girl told me she was under 18 and I pleasured her...)*

At 1007 hrs on the same date, I received another email from Clay using the same email address and IP address. The message was titled *"pics....for my naughty girl"* The message was:

*I'm pretty fugly lol... I am not sure what your take will be....keep in that I am an "older*

*gentleman" (45)*

*I would like to see pics of you...(babygirl)*

Clay clearly states he is forty-five years of age and asks Jenny for "pics" or photographs of her. Clay attached the following two images to the email:





On 07-26-12 at 1120 hrs, I sent the following email to Clay:

*Sorry Mark, I thought frm ur post u were looking to hook up this wknd. There's no way ur 45 frm ur pics i think u look good!!! Married isnt a prob, im just looking 2 hav fun, nothing serious. Boys my age suck!! Even my ex was a immature asshole and hes 22. My friend had an older bf n he was pretty cool. Im only 15, but that shouldnt b a prob if ur just looking to take care of someone n have a good time. If my age is a prob let me know. I threw in a pic, let me know what u think.*

*XO Jen*

I specifically told Clay that Jenny was fifteen years of age. I attached the following image to the email:



Clay responded with the following message on 07-26-12 at 1147 hrs:

*Thats exactly what I am looking for to find a hot young girl and take care of her with cash gifts when we met. I am a little dominant in the bedroom nothing crazy.. I just know what I like and like to do and go for it....I'll be all over your naked body and will want you all ocver me too... And we need to have FUN...(easygoing fun sex, no stress,drama..)*

*I am worried about the age thing some. But I am REALLY hoping you just had a stuck keyboard and really meant to type that you were 18...? I REALLY hope you tell me that anyway....lol*

*We will get this figured out. just wanting no one to get in any trouble and stuff.*

*You available during the weekdays/daytimes? Its the easiest time to get away from wife without her wondering WTF...*

*What part of town are you in? Ever had a bf that gave you cash gifts and stuff and you pleasured him before?*

*You can text me if you want at 720-254-6116... but please keep the texting and calling to a minimum after 5:30 pm on weekdays and on weekends... My wife is usually close by...lol. Ever fucked a married man?*

*Mark*

*P.S. have anymore nice pics to send me?)*

This message came from the same IP address, 130.76.64.121, which is assigned to Boeing.

At 1227 hrs, Clay sent the following message:

*Ya know babygirl.. the whole being 18 thing is just for being legal/cool. I have no problems.....*

*That said.. I have your money/gift in my pocket right now....lol*

At 1407 hrs, I received the following message from Clay using the same IP address assigned to Boeing:

*Small townn? What town are you in....? lol. I do understand the need to keep this secet. I have no problems with that at all. I do like what i see baby.. And I do like to make a girl cum, and yes.. my wife cums every time.. I make a point of it. But you are young.. and young girls oftne have trouble cumming. Lemme ask a question: Can you make youself cum? (I mean by yourself with you fingers or with a toy or whatever.). I would LOVE to try....Pleasuring a girl and making her squirm and cum is a MAJOR turn on for me. I think I have developed the skills and knowledge over the years....lol And because I just absolutely LOVE licking a girl... well.. that helps a lot. But the mindset of the girl is important. She needs to be not all uptight and nervous and stuff and openminded....a small amount of alcohol often helps.. and maybe a bit of 420 if you are into that.....*

*I was planning to give you 100 dollars.....(that seems to be an amount that a lot of girls are pretty thrilled to get). But thats not for a quick suck/fuck. Thats for a nice long and thorough fuck and suck session with me totally ravishing you and licking you and nibbling you and finger fucking you while I lick your clit and on and on). I might cum fast the first time, cause you are new to me and young and hot. Or I might get intio a groove and just be able to go on and on and on. If I do cum fast the first time.. I am going to need to do*

*it agaibn... and it would be great if you were cool enough to have a smoke with me in between or something and just hang with me and be fun and sexy.*

*We are gonna have to figure a way for me to pick you up somewhere so we are not seen, and get out of your area, and get into a room (I still think a couple hours will be long enough for a session for us. I was hopin to find a girl such as yourself perhaps) that I could see somwat regularly as I could afford.. I don;t want to be a total manwhore...lol. And I don;t wnt you to be "a slut"... I want you to be "MY hot sexy little slut" when we are together.*

*lets do this soon. Can we do tomorrow at lunchtime? I have found that the longer something like this lingers on people loose interest.. and you sound like you are not too terribly apprehensive or nervous or anything and want to do this.. so.....let me know if tomorrow works for you.*

*You Ok with everything I said above - your gift and cumming and and all that? And lemme know if you want to see that pic..lol*

On 07-26-12 at 1454 hrs, I responded to Clay stating "Im in Storm Lake," as he had previously asked what town Jenny lived in.

At 1507 hrs on this date, Clay responded with the following message, received from the same IP address assigned to Boeing:

*!!!!!!!FUCK!!!!!!*

*I put that ad up when I was in the area late last week and early this week. I was staying with my mother in Alta and/or sister in law in Sac City while my wife (grew up in Sac City) was riding the first couple days of RAGBRAI. We drove back to Denver (where*

*we live Tuesday. I never was successful getting a girl (that I wanted anyway) while I was back there. I came back to Denver and put up anpther CL ad right when we got back. I thought you were responding to the Denver ad...*

*And I thought you were in the Denver area.*

*I am SOOOOO bummed out cause you were exactly the girl I wanted to find in Iowa...*

*Well, I am wondering if we should stay in touch .. I do return to Iowa a couple times a year. Maybe something will work out. Maybe I should find an excuse to come back to Iowa (without wife) soon..lol.*

*Damn.. (guess I need to take those ads down. I put them up in both Sioux City and Fort Dodge)*

*And hell yeah I'd give ya 100 and a nice room and try my best to pleasure you.....I'd give you 1000 if i could afford it.. cause I know you would be worth it (babygirl)*

At 1509 hrs, Clay sent the following message to Jenny from the same IP address:

*Well here is the pic anyway... just so maybe you will stay interested my next trip back lol... its not so big ...(smile) I wish it was bigger....(you know us men) Pretty thick though.. about 7" long*

Clay attached an image to email. The image was of a nude male from his lower stomach to his upper thigh, and there appeared to be a dresser in the background. The male's penis was showing and it was fully erect.

On 07-26-12 at 1930, I sent a message to Clay. In the message I stated *"Maybe when I get my license we could meet somwhre. I could tell the 'rents im working or staying*

*with a friend and cum partway. 1 of my girls would cover for me. Only thing that sucks is that's not till febuary."* In doing this, I attempted to convey to Clay that Jenny was only fifteen years of age and would not be sixteen until the next February.

On 07-28-12 at 1524, I received the following message from Clay:

*I donl;t have many nmore pictures..... nothing better than what I sent you already. But I would like some more of you..(hot secret babygirl)*

*When I come back, should we get a room outside of Storm Lake? Not that many if any) "nice places". I guess Kings Pointe is the best? The one on the north side is pretty nice too I guess..*

*I'm thinkin Marriott/Hilton style (for my babygirl) (smile)*

The message came from IP 174.51.119.187. I checked this IP with the arin.net site and found it was assigned to Comcast. I knew Comcast to be a telephone, internet, and cable service provider. I later found this IP address was linked to Comcast subscriber Mark Clay. Details pertaining to the identification of the IP address and account follow in this affidavit.

I responded to this message on 07-30-12 at 1112 hours stating:

*can't wait till you get back. Im ok with anywhere but id have trouble getting to another town...no license yet and no car. I just figured as much as well be in the room we might as well get a nice one ;)*

*When u think u might b back?*

*Jen*

By stating "no license yet and no car" I again attempted to clarify that Jenny was too

young to have either a driver's license or a vehicle.

Clay sent me an email on 07-30-12 at 1822 hrs from an IP address assigned to the Boeing Company:

*Well .. I think there are fairly nice places in Storm lake too....at least not "dives". I was just worried about you being seen going into a motel in your hometown with a man no one knew.*

*Not sure when I will be back again yet. probably be Septmeber. i know you will be in school then though. Would you be able to see me after school? Or on a weekend? You would have to have a good story for you parents...lol*

*I still wish you would send me more pictures to keep me thinking about you (babygirl)...*
*mark*

I noted that Clay planned on coming to Storm Lake from Colorado, which meant he would have to cross state lines, clearly with the intention of engaging in sex acts with Jenny, who he believed was fifteen years of age. Under Iowa Code, because Clay is four or more years older than Jenny, who is supposedly age fifteen years, any such sex acts would be illegal.

I further noted that Clay signed this message, as well as many other messages, "Mark." Further, he had asked for pictures of Jenny on multiple occasions to this point.

On 07-30-12 at 2023 hrs, I received the following email from Clay from IP address 174.51.119.187, which is linked to Clay's Comcast account.:

*Any picture of you will be hot and sexy... but.. the hotter and sexier the better*

*(babygirl)?*

*I'd iunderstand if you don;t have any naked ;pics... but if you do.....(smile)*

I responded with the following email on 07-31-12 at 1536 hours:

*R u sure?? I dont want u or me to get in trouble...my parents would KILL me. I put in another "good girl" pic. What kind of pics do u want, u like good girls or bad girls? Any requests? U'd hav to promise to keep them 2 urself. I dont want to end up on the internet...*

*What r u coming back 4 in Sept? Just for me or somthing else 2? What do I get if I send another pic 2 u?*

*XOXO*

*Jen*

Clay responded with the following message on 07-31-12 at 1647 hours:

*I like a good girl who (when with me) is a very naughty girl). I like a girl to not be "a slut", but I want her to be "my sexy naughty little slut".*

*And I want both good girl and bad girl pictures of you. I will keep ALL of them private for sure.*

*I would like to see you hot little ass. I would like to see an overall picture of you naked in a provacative pose. If you dare.. i would like to see pictures or your pretty little pink pusffy pussy AND you tight little anus...*

*I would like to see all the things I want when i am with you.*

*I am not necesarily hung up on doing certain 'sex acts". I am into the expereince.*

*As an example.. if/when we get you to have an orgasm (however it happens), after wards, i want you on top of me with you hot tight little pussy wrapped around my cock, me deep inside of you... slow fucking, relaxing enjoying, kissing, having fun, pleasureing (living the dream). If you could send me a picture of THAST that would be great...lol(good luck)*

This message came from IP 130.76.64.115, an address assigned to Boeing.

On 07-31-12 at 1808, I sent the following message to Clay:

*Go HAWKS!!! Thatd be awesome!! Id really owe u. Would u be able to get me in SL, I cant drive? I cant believe ur willing to wait that long 2 see me. Am i really worth waiting that long 4 ;) Im surprised u just didn't hook up with a girl in Denver when u found out where im at.*

*If i send u pics wont that ruin it when we really get together ;) Maybe ull just have 2 make do with the good girl pics. In case I change my mind what kind of pose is provacatave 2 u?*

*Ur babygirl (if u cum get me ...)*

*Jen*

On 07-31-12 at 1821, I received the following message from Clay. The message came from IP 130.76.64.115, assigned to Boeing:

*Go CYCLONES!!!!! (I graduated from there...lol)*

*No.... pics won;t ruin anything....*

*Classy but provacative...... AND I'm sure you will screen whatver you end up with and send the ones that look good...lol.. just send whatver you think is good. (I like*

*the good girl pics also).. just kinda want to know what "all of you" looks like. I'm sure it is good...but I wanna see...(I think it will make it better). Think plyboy type pictures of girls....on all fours, ass pointing back, legs slightly spread showing abit of snatch, but the key is the pretty playboy face looking back with a sexy naughty smile....*

*If from the front with legs spread.. habve your fhand/fingers close to your pussy (but not coveing it.....and again.. include the rest of your front and face and "taht sexy look" I see in your pics you already sent me... you look like you have nice breasts... I'd like to see them*

*The whole you is better than pictures of your parts...(babygirl).*

*We will have to see about the game - it was just an idea.. what would you tell your parents - hey mom/dad.. I am taking off Friday after school to Iowa City to go to the game.......see ya Sunday?*

*Good things come to those who can wait.....*

*Besides if you pick up a boyfriend - we can still be "secret friends"... its not like I am going to be back there a lot.....(a few times a year)*

*(babygirl)*

*Mark*

On 08-02-12 at 0915 hours, I sent an email to Clay stating:

*Yea, it was here when we moved. Its been great tho cuz its been so hot out here. I was looking through my clothes and dont think i have anything for good pics. Why dont u send me a present i can wear for pics and when i see u? that way i know what u like ;)*

*Jen*

Clay responded with the following email from IP 174.51.119.187, the number associated with his Comcast account:

*Babygirl.. I am sure you have something suitable to wear ((or almost be wearing) for some pics....*

*Are you parents home now? If not.. might be a great time.*

*Not to say I might send you something.. not sue how that would go over.. you recieving a package from someone in Colorado with sexy apparel...lol Can you recieve a package without you parent knowing/seeing? What size?*

*(Dang - what if my wife caught me with sexy apparel not intended for her..? lol)*

*I am starting to think/wonder if you are my secret long distance girlfirind....not my "fuck-toy" (scuse the "fuck-toy" rudness). Which do you like?*

On 08-02-12 at 1040 hours, I responded with the following email:

*Which do u want me to b :)? Getting the package wouldnt b a prob. Im secretary 4 our youth group (good girl remember) so i get all the mail from our po box and hav the only key. DONT send anything to my house lol... What size do u think i am...careful now. Im about a 4 or small. Would ur wife fit into something thatd fit me. If so theres ur excuse. Or just dont get caught!!! Id rather have something to wear from u so its our dirty little secret. If u think we might get caught though thats cool i dont want u or me to get in trouble.*

*I think the hottest thing about this is our age diffrence. It wouldnt b the same if u were my age...Course the whole things kinda lame if we never hook up. I wish I was old*

*enough to drive i could meet u halfway and itd be a lot easier 4 u to get away from the wife. Does it turn u on im only 15 or is it not as good :(*

On 08-02-12 at 1800, I received the following email from Clay, sent from IP address 130.76.64.118, the address assigned to Boeing:

*Curious.. this youth group you talk about....is it a church youth group? (e.g. your "good girl" reference).*

*I think i am gonna buy you something and send it to your PO box...(smile)*

*But you should still send me pics before then....keep me excited ya know.....I wanna see some good/naughty babygirl body....(smile)*

On 08-02-12 at 2147, I sent the following email to Clay:

*Yea the group is sorta through church. Pretty cool tho. Idk bout the pics, u could just b leading me on never planning on coming back taking advantage of a young innocent girl like me tricking me into sending pics ;) Let me know if u really want the PO box.*

On 08-03-12 at 1428, I received an email from Clay at IP 130.76.64.109, assigned to Boeing. The message stated:

*Yeah.. I want the PO Box....*

*I'll put c/o: Jenny on the address.. so you'll know...*

The PO Box referred to a previous conversation in which I had mentioned that Clay could send a “gift” to Jenny at a PO Box belonging to a youth group she attends.

I made contact with staff at the Storm Lake United State Postal Service Office (USPS). Staff agreed to allow me to use a post office box (PO Box) at the office for the

purpose of this investigation. The PO Box number was 9998. On 08-03-12 at 1847, I replied to Clay stating he could send items to SL United Youth Group, 509 Cayuga Street, PO 9998, Storm Lake, IA, 50588.

I received an email from Clay on 08-04-12 at 1827. He stated, in part:

*I think I'll send a little bullet vibrator in my package to you..(lol)... Maybe that will tempt you to get after yourself a little...(smile) Cumming ain;t easy for most girls - especially younger ones.....(thats reserved for us "boys"...lol)*

On 08-06-12 at 1459, I received an email from Clay at an IP address assigned to Boeing. The message stated, in part:

*I think I am going to send you a little vibrator....not some big hinkin dildo, rather a nice hard plastic slim little (concealable - lol) thing that has a nice adjustable soft to strong vibration (hopefully quiet) that works really well.*

On 08-06-12 at 1512, I sent the following email to Clay:

*Yea, definately concealable. I cant imagine mom or dad being real happy comming across it in my room. U thinking about a change in career . . . lol. If so sign me up as ur patient!! What do u do now?*

On 08-06-12 at 1559, I received a message from Clay at the IP address assigned to Boeing.

*I am an engineer for a large aerospace company (Boeing). Most of the time I work on stuff I cannot freely discuss.. But right now (I can say) I am working on the network for ground control system for the next generation of GPS satellites... (snooze...lol - pretty dry - yep...)*

On 08-09-12 at 1905, I received a message from Clay at the IP address linked to Clay's Comcast account. Clay stated:

*Ms. Hot Sexy Jenny/Princess/Babygirl.....(yep.. I am starting o think you should be my sweet sexy little princess...lol)I went shopping for a gift for u today. Im gonna try to get it in the mail tomorrow.*

*(Can you send me the address again please?).*

On 08-13-12 at 1425, I received a message from Clay:

*Hopefully it will be in your PO box (Wed?). dang....its not very big/doesn't cover much...lol But if you like it we can get somethin similar that will cover a bit more of you....*

On 08-15-12, I received a call from Robert Smith, a supervisor at the Storm Lake USPS office. Smith advised that a package had come to PO Box 9998 on this date for Jenny.

I went to the Post Office and retrieved the package. I took it to the SLPD. I noted the package was a USPS Priority Mail envelope that was sealed upon my receipt. It had a handwritten address on it to

SL United Youth Group

Attn: Jenny

509 Cayuga St

PO Box 9998

Inside the sealed package was a small container of "Liquid V Stimulating Gel," a small container of "Orgasmix," which appeared to also be gel or liquid, a "Screaming O

Bullets Super Powered mini-Vibrator," and a hand-written note.

The note stated:

*Hey Ms. Hot Sexy Naughty Little Princess*

*Hope you are able to use this in a very safe and private setting. I was gonna get you a bigger one but thought "concealability" was very important 4 u! It's not (necessarilly) meant to be used "inside" at all. There are different ones 4 that. Find your clit, take about ½ of the tube and spread it all around and try out "little buzzer" lol (xoxox Daddy) focus on NOTHING but the feeling n try different stuff! (over) (If you don't expect any "miracles" to happen right away I think you will that this*

On 08-14-12 at 2018 hours, I sent a message to Clay. Clay had previously asked "How old were you when you gave up your virginity?" In reply, I wrote, "It was last year right after my 14th bday," again stating to Clay that Jenny was only fifteen years of age.

On 08-14-12 at 2133, I received a email message from Clay. Based on the time that I received it, I believed that it was likely sent from his home internet service provider. I checked the IP address the message was sent from, and found it to be 174.51.119.187. An arin.net search showed this address was assigned to Comcast. I then requested a County Attorney's Subpoena Duces Tecum for records pertaining to the account that had IP address 174.51.119.100 on 08-14-12 at 1733 PDT. I served the subpoena, via fax, on Comcast. On 08-23-12, Comcast identified the subscriber on the account as Mark Clay; 19015 E Bethany Place, Aurora, CO, 80013; tel (303)693

1761. There were several email user ids linked to the account, one of which was daddysgirl917@comcast.net.

With this information, I contacted Detective Del Matticks of the Aurora, CO, Police Department. He explained the investigation to Detective Matticks and requested he attempt to verify Clay's identity and current address.

Det. Matticks provided me with several documents. One document was a Colorado Department of Motor Vehicles dossier for Clay's driver's license. The address on the DL file was the same as on the Comcast subscriber information. The documents included an image of Clay:



I recognized this image to be the same person depicted in images Clay had sent me previously on 07-26-12.

Det. Matticks sent me a report detailing further information about Clay. I noted Clay's address in the report was the same as on the Comcast account information and his

Iowa Driver's License. The report also listed Clay's employer as Boeing.

Det. Matticks sent me a printout of a web page from the Arapahoe County Assessor's Office pertaining to 19015 Bethany Place, Aurora, CO. It showed the home is currently owned by Mark and Jan Clay.

On 08-17-12 at 1556, I received an email from Clay at IP address 130.76.64.120, assigned to the Boeing Company:

*You start school next week?*

On On 08-17-12 at 1612 hrs, I received the following message from Clay:

*You a Tornado or a Panther?*

It is noted that the team mascot for the Storm Lake Community School District is a tornado. The mascot for Saint Mary's Catholic Schools is a panther.

On 08-20-12 at 1258 hrs, I received the following message from Clay:

*A told my work peiople this morning that I was going to be taking some time after this deadline we have which keeps moving.*

*But right now, I am thinking about being in the SL area around.. either the weekends of 9/7 or 9/14? Hard to pin down between the two right now.*

*I would probably drive on a Thursday...(maybe Friday though)*

On 08-21-12 at 1604, I received the following message from Clay:

*Gonna have a new iphone soon......maybe I'll have to check out the reportedly nice camera and the ability to rcord live action in 1080p...lol*

On 08-23-12 at 1947, I sent the following message to Clay:

*Sounds like ur definately talking about more than just the one day!! Shoudl i*

*bring my new gift wih?*

On 08-24-12 at 1332, I received email from Clay at an IP address assigned to Boeing:

*I'd say yeah.. bring the new gift......(and maybe I will get a new "more substantial one" also).*

*Right now.. I am looking at driving on 9/5 (Wed), maybe not making it all the way and staying somewhere in route for the nite, and getting into SL area Thursday day. I am "publis-ising" this at work and at home. so....*

*And yeah... wish you did have a phone.. (but if you did I would probably be texting you too much..lol). I do have my new phone and will have email on it (assuming everything works OK with Sprint in Iowa) or anywhere I can get ion wifi also.*

*So yeah we will have to figure somethng out.*

*I'll try to take some fresh pictures of me with my new phone and send them...Let you have one more assessment...lol. Its tough at work and at home though. Bout need a mirror or something to take pics of yourself...*

*I think it would be awesome to have a little video of hot sexy you sucking on my big fat hard cock causally and looking up at me and licking and haiving super naughty looks...lol. (I'd promise that you would get the only copy.....) But what if you got caught with it....!?!?!*

On 08-26-12 at 1329, Clay sent me an email with three picture attachments, included below. He stated *"I did try out the camera on my phone at the restroom at work,"* and specifically stated the images were of him.





I noted that these images appeared to be the same individual depicted in the photo attached to the Colorado DL file for Clay as well as the images Clay had previously sent me.

On 08-26-12 at 2236 hours, I received a message from Clay at the IP address linked to his Comcast home account:

*lol.. I just read this....*

*the last line was supposed to say "super young naughty hottoe" or something close instead of "Cipriano so so" or something like that...*

*You were right long ago.. the young part of you makes me hot......*

*Less than two weeks babygirl Jen*

In this message, Clay specifically made reference to Jenny being young and that fact making Clay "hot."

On 08-26-12 at 2107 hours, I sent the following message to Clay:

*Not bad but ur talk function needs a little work . . . lol. I've used my toy a couple times. Id like 2 use it more but am paranoid about he rents hearing it (nOt likely) or me (maybe more likely im kinda loud) :)*

On 08-27-12 at 1143 hours, Clay sent the following email from IP address 21.79.144.160. The ARIN search shows this IP address has been assigned to the "DoD Network Information Center:"

*Hey sexy baby girl Jenny. Certainly remember getting an email from you talking about your fear of getting busted using your new little toy. But I can't find it. I must've accidentally deleted it or something.. Hey can you give me the impression you were so worried about your parents hearing the little buzzing noise. Brother you're worried about your parents very new moaning and stuff with ecstasy I guess. Well that's a pretty big turn on man such as myself. It really turns me on to hear a girl underplate especially if I am the one administering the pleasur*

*I got ask you about your female cycle. Ideally you would be having your time of the month right now. When do you expect to have your next. Sweet hot sexy super young naughty baby girl?*

*We also need to do some detailed planning between now and then. For example let's assume that I'm in a motel in storm Lake Iowa Thursday at say 1 PM. When you are getting out of school or whatever three or 3:30 PM. Maybe I should just get to room car keys and leave one in my car pick up or whatever I'm driving leave the door unlocked. And then maybe you would just go to my vehicle acting like you own the place open the door get the car walk in the side door of the motel or whatever, walk right into my room. Or maybe not LOL In any case I wonder how much of a problem that is going to be for you to get to whatever motel on man do you think there's a particular motel that I should be looking at at least the first night?*

*Anyway that's the kind of stuff I'm talking about we need to discuss a little bit have a plan. Is there a particular hotel would be easier for you to get to. And would you want to come see me Thursday night or Thursday after school or whatever before the weekend started. I think you said you would. I can't remember for sure though and then is it really realistic for you to think about leaving town and doing some of the not Ines we talked about like playing with your dad in your two-piece swimsuit and teasing me and front of other people and they maybe wouldn't know what was going on all that extreme kind of naughtiness it is so freaking hot I just can't believe it gives me a Boner standing here talking into my telephone even thinking about it IOL. I think I'm in us to start calling in my fantasy girl from now on Ha ha ha anyway let me know what your thoughts on this kind of stuff are*

*Please send out for the moment. I talked this into my phone. I think it's going to come out better. I think I'm getting this thing figured out*

*Sent from my iPhone*

In an email received on 08-27-12 at 1846 hours from Clay, he states:

*I think it would be very very fun for me to be waiting for you in a room after school. Maybe you could just walk in and sort of accidentally catch daddy with his hand on his privates because he would thing was thinking about is naughty naughty little baby girl princes*

*Part of the advantage of leaving town would be that we could have even more various fun between the daddy and his prints essays little daughter girl. We could go to the pool as we discussed and let people see us messing around just a little bit and make them*

*wonder just exactly what the fuck was going on between these two. LOL or at restaurants or outside or in the room or in the hallway or in the stairwell or in the car. LOL lots of possibilities smile.*

*If we stand storm like our time together pretty much would have to be with you locked in a room with me when we are together. LOL that's not to say that I don't think that I can have a great deal of fun and pleasure with you in a nice private room. In fact I am certain that a lot of my "hard cock for little naughty princess time will" be be behind closed doors. Anyway I guess what I worry about is if there was a family emergency or something like that and your parents called your friend and your friend didn't get a hold of you. And if we were two hours or something like that out of storm Lake in either Omaha or Des Moines or wherever. What might happen.*

*I look forward very much to getting you in a private setting where you're not worried about anyone hearing what you have to say or moan with pleasure. I want to fingers in your pussy Pall Mall rubbing your G spot I want to mouth and lips on your clip I want to buy and suck and squeeze your breasts I want to do a lot of things with my princess baby girl. I want you on top of me with your hot tight wet little. Princes pussy wrapped around my big fat hard cock as I pull you down onto me and push myself deep deep inside of you I want to see the look on your face as I know I feel myself as deep as I can go inside of you*

*And will do those kind of things for foreplay for a while because you know baby girl fucking can't be good for play. Then we'll get down to some action. Smile LOL*

*Sent from my iPhone*

On 08-27-12 at 2306, I received an email from Clay at an IP address assigned to

Boeing:

*Do they have dirty movies at Kings Pointe? lol.. I spose if not... I'll have my ipod andor work laptop with wifi...... (smile)*

*Ever watch porn? Been a while for me...... but I would........you could look at porn while I lick your clit and finger fuck you....(babygirl). And I would listen to you loud moans of extasy!!!!*

On 08-28-12 at 1102 hours, I received an email from Clay. He states *"From my impression of you I think you will be the perfect hot sexy little personal porn star for me. Smile"*

On 08-28-12 at 1901, I sent the following to Clay:

*Youve been thinking bout this for a while lol. Don't worry bout being crude or tasteless, i think its hot. Cant say that I LIKE to swallow but i def don't hate it and do/have done it especially if that what he/you likes. If i do that 4 u what do u do 4 me ;). Sounds like u know what u like and arnt afraid 2 go 4 it . . . i like that!*

On 08-28-12 at 1950 hours, I received the following email from Clay at IP address 174.51.119.187, the number assigned to Clay's home Comcast account:

*Well babygirl: Re: what do I do 4 u?*

*I am willing (and more than happy) to help you to try to discover pleasure.. whatever pleasures you and try my best to show you a good time!. I am not sure either you or I know exactly what that is yet (with regards to the pleasure thing).. I think it is gonna be an explore and discovery time....I am sure I have said before that I believe (have read a lot anyway..lol) that lots and lots of girls (most?) your age do get pleasure, and its good*

pleasure.. but have never been able to find that elusive orgasm, and even if they do.. they are not...."earth shaking/fireworks" things.....

Women are different than men, in what it takes, and what the results are.

You might find that just the right amount (and that is not a lot) of alcohol helps to to relax and let go. I think it sounds like you are gonna like to watch some porn and it is gonna make you horny...lol (as long as it is not some extreme sicko/twisted stuff). Maybe a neck and back massage and kissing and nibbling all around and all over your back and shoulders and neck. Maybe we might find that you do like to be submissive and be dominated by a man. Maybe you will really get off on a man fucking you doggy style and grabbing your hair and pulling you back and squeezing you throat just a little takes you place you never imagined.... Just don;t know yet.

Most females can only ever cum by clitoral stimulation. Even if they are fucking and its great and everything, a man (or the girl), can still find ways to reach down and put finger(s) on target.. ya know.....I have yet to be with a woman that did not cum from me licking and fingering her..(not THAT many.. buy hey...lol). Sometimes actually they came best from me with my fingers inside finger fucking them right while THEY did their clit.....(it works.. cause only the girl can know exactly what speed and motion and firmness and such feel the very best for them)

MAYBE you will really like it when you are laying on your your stomach and my hand is between your legs and you are all lubed up , you ass sticking up in the air because you have some pillows under you and my thumb is inside you but my fingers are on your clit and I and gently (or maybe not so gently) massaging and squeezing you that way, and

*you reach back with you hands and spread yourself so I can lick and tickle and tease your cute little anus with my tongue....*

*lol (That was fun).*

*I'm here to help babygirl/princess.. and trust me.. even if it seems like I am "servicing you", I will be loving every minute of it. Cause even though I have been accused of being "dominant in the bedroom"... its really dominant in the way I just described in that I like to "work a girl over thoroughly"...LOL. It ain't whips and chains and collars.. (unless that's what I think my babygirl might get off on)*

*Hopefully we can get you some good pleasure. If we are lucky.. maybe we can even get a couple little spasms out of you.. (but if you do happen to have one little minor spasm.orgasm, don;t expect another for a good while... maybe I am wrong.. but.. just my limited experiences and reading..lol.*

*OK... thats what I have in mind when we are behind closed doors.. some of the time anyway.*

*Other times you might be casually sucking my cock and fingering yourself at the same time..(smile)*

*All thats gonna take some time ya know. I hope we can spend that time.... and then there is all that other possible fun too.... teasing playing, pools, hotel, restaurant....*

*And one final thing that has been on my mind. You responded to an ad on Craigslist that had promises of daddy giving a "princess allowance".. Remember? (smile). So although it seems this has evolved considerably (I am almost glad that I was gone from SL before you wrote me the first time)... cause unless you have some objection (make you feel*

*like someone or something you don;t want to feel/be) I still intend to give my hot sexy naughty princess babygirl some allowance too...lol (within reason!)*

*Did any of the above sound appealing to you? Or do you have some additional actions scenarios you might like to communicate to daddy?*

On 08-30-12 at 0828, I received a message from Clay at IP address *130.76.96.149, this IP address is assigned :*

*So...finally last nite it was "established" with my wife that I was taking this little trip to Iowa and it would be by myself....(I know I had not talked much about it , but my wife had been going on about how she had someone that could fill in for her at her work and should go with me, and etc. etc). Well thats all done and its a done deal/*

*And I have been telling my work for a while now that after COB (close of business) Wed 9/5, I am gone for a while. I am planning through the weekend and probably start the return trip Monday or Tuesday.*

*I don't have a detailed plan quite yet, but probably gonna drive part way Wed nite, and complete the trip to SL on Thursday AM/early afternoon, checking into Kings Pointe....take a shower, relax..... chill.....smile and let my mind wander a bit.......fantasize about a sexy young girl knocking on my door, coming in because I left it propped or she had a key...*

*Ya know.. that sort of thing...*

*Do you know any sexy young girls with blond hair and brown eyes that are about 5-4/110 pounds wears about size 4, open minded and adventurous and wanting to explore and expand her sexuality. Could you be her princess? Will you be her? My*

*secret girlfriend? My fantasy girl?*

*Please let me know!*

At 1057 on this same date, I received a message from Clay:

*I want to fuck you. I want to lay you on a bed on your side. I want you to grab your top leg and bend it up and pull your knee up to your breasts and hold it there. Then I'm going to straddle your lower leg which is still kind of straight. And I'm going escudo up and I'm in a spread your ass cheeks.*

*Stick my hard cock into your opening and your hot wet tight pussy and on the slide it in deep, Then I'm going to screw up even closer my hips to your ass and push even deeper. I'll go slow and hard. And fuck you that way. And if I am fucking you hard that way you start scooting up I want you to put your hands on the headboard and pushed back. You know I want you to fuck back*

*Sent from my iPhone*

On 08-30-12 at 1843, I received the following message from Clay at IP address *130.76.96.145, assigned to Boeing:*

*Best I can tell my trip back there as I detailed some earlier is pretty well a done deal and gonna happen. Period.*

*It seems like you are pretty much "not too nervous or apprehensive" also. And I am glad for that.... you are a special girl for sure.*

*But I am going to give you an opportunity now to change your mind. I have said a couple times that I would never want you to do something you really did not want to do......so....tell me in now in no uncertain terms babygirl.*

*Do you want me to come back to Iowa and spend time with you next weekend-ish starting Thursday and ravish you and pleasure you and pamper and spoil you, and lick and kiss and fuck you and a lot of other fun stuff?*

*(Yes/No)*

*(smile)*

*Thanks Princess!*

*P.S. I will mostly be a gentleman to my Princess/babygirl/secret girlfriend/fantasy girl*

On 08-31-12 at 2019, I responded with the following email to Clay:

*The panties I have . I could prob were them all day . . . or none at all. No idea were wed get something like that though.*

On 08-31-12 at 0907, I received the following message from Clay:

*You should go with no panties Thursday. Get dressed for school go to school without patties and walk around all day like that. You'll be thinking about it that you don't have any panties on And it will make you horny. Maybe it'll make you think about me and some of the things that we are going to do. Smile.*

*I think there is a store called hot topics around here that I can go to and pick up a sexy little schoolgirl plaid skirt for you to wear. I was looking on the Internet a little bit last night. There are some very very sexy skimpy little outfits. Some that there is no way he would wear in public LOL. I don't know whether I should get you one of those or do something slightly more acceptable that you could actually wear out in public. What do you think? Maybe both smile If we go out of town on the weekend I think one of the*

*things that I would like to do perhaps is take you out shopping. That would be sexy. Not sure what my wife would think about it Victoria's Secret credit card bill low LOL*

*Sent from my iPhone*

It is noted that there were in excess of two-hundred fifty emails exchanged between myself and Clay. All the emails, many of which were sexually explicit in nature, have not been included in this application.

**CONCLUSION**

6. Based on the foregoing, there is probable cause to believe that Mark Clay, in violation of 18 U.S.C. § 2251(a) attempted to persuade, induce and entice a person he believed to be a minor to engage in sexually explicit conduct for purposes of producing a visual depiction of such conduct, and that Mark Clay knew or had reason to know such visual depiction would be transmitted to him by means of a faciltiy of interstate and foreign commerce, to wit; the Internet.

Detective John Koontz
Storm Lake Police Department
Division of Criminal Investigation

Dated: 9-5-12

Leonard T. Strand
Magistrate Judge
Northern District of Iowa